IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00183-CMA-02

UNITED STATES OF AMERICA,

  Plaintiff,

v.

2.  RAFAEL VALENTE-RAMIREZ,
   a/k/a Jorge Urrutia-Valle,
   a/k/a Rafael Valente,
   a/k/a Rafael Ramirez,
   a/k/a Jorge Urrutia,
   a/k/a Jorge Valle,
   a/k/a Adolfo Alvarez,
   a/k/a Sabastian Grenillo,
   a/k/a Bernal Marcos Ramirez,
   a/k/a Domingo Ramirez-Bibiano,

  Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce RAFAEL VALENTE-RAMIREZ before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the

defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 3rd day of June, 2009.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**