**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00183-CMA-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  RAFAEL VALENTE-RAMIREZ,
      a/k/a Jorge Urrutia-Valle,
      a/k/a Rafael Valente,
      a/k/a Rafael Ramirez,
      a/k/a Jorge Urrutia,
      a/k/a Jorge Valle,
      a/k/a Adolfo Alvarez,
      a/k/a Sabastian Grenillo,
      a/k/a Bernal Marcos Ramirez,
      a/k/a Domingo Ramirez-Bibiano,

      Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals

Service requiring the  United States Marshal to produce RAFAEL VALENTE-RAMIREZ

before a United States Magistrate Judge forthwith for proceedings and appearances

upon the charges set forth in the Indictment, and to hold him at all times in the custody

of the United States Marshal, as an agent of the United States of America, until final

disposition of the Defendant's case, and thereafter to return the Defendant to the

institution wherein he is now confined.

    DATED in Denver, Colorado this ___1st___ day of July, 2009.

                            BY THE COURT:

                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Judge